GSG
F.#1995R01040

★ SEPT 2 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RAFAEL DISLA,

    Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 96-320 (DGT)
Cr. No. 96-320 (S-1)(DGT)
Cr. No. 96-320 (S-2)(DGT)

Application having been made by Assistant United States Attorney Gurbir S. Grewal for an Order unsealing the indictments filed under seal on April 12, 1996 (Cr. No. 96-320 (DGT)), April 15, 1997 (Cr. No. 96-320 (S-1)(DGT)), and on April 15, 1998 (Cr. No. 96-320 (S-2) (DGT)) in the above-captioned case, it is hereby:

ORDERED that the indictments filed on April 12, 1996, April 15, 1997, and April 15, 1998 in the above captioned case are unsealed for all purposes.

Dated:    Brooklyn, New York
          August 9, 2005

                                   s/Steven M. Gold
                                   THE HONORABLE STEVEN M. GOLD
                                   UNITED STATES MAGISTRATE JUDGE
                                   EASTERN DISTRICT OF NEW YORK