GSG
F.#1995R01040

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEPT 2 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RAFAEL DISLA,

          Defendant.

- - - - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 96-320 (DGT)
Cr. No. 96-320 (S-1)(DGT)
Cr. No. 96-320 (S-2)(DGT)

    Application having been made by Assistant United States Attorney Gurbir S. Grewal for an Order unsealing the above-captioned cases, it is hereby:

    ORDERED that the above captioned case are unsealed for all purposes.

Dated:    Brooklyn, New York
           August 22, 2005

                    s/Viktor Pohorelsky
                    THE HONORABLE VIKTOR V. POHORELSKY
                    UNITED STATES MAGISTRATE JUDGE
                    EASTERN DISTRICT OF NEW YORK